679 A.2d 652

ROXANNE GENNARI v. WEICHERT COMPANY REALTORS, ET AL. AND ELLEN RUMBERG.

July 11, 1996.

## ORDER

Leave to appeal is granted.

679 A.2d 652

CIBA–GEIGY CORPORATION v. LIBERTY MUTUAL INSURANCE CO., ET AL. AND GENERAL REINSURANCE CORPORATION, ET AL.

July 11, 1996.

## ORDER

Leave to appeal is granted.

679 A.2d 652

ROXANNE GENNARI v. WEICHERT COMPANY REALTORS, ET AL.

July 11, 1996.

## ORDER

Leave to appeal is granted.